**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAUREN DODSON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; RENE DIAZ; JORGE ORTIZ; MARCOS ESCALANTE; DOES 1-10 INCLUSIVE,<br><br>Defendants | CASE NO. 2:20-CV-04011-RGK (MRW)<br>*[Assigned to Judge R. Gary Klausner, Courtroom 850]*<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br>Complaint Filed:   04/30/2020 |

On June 24, 2021, this Court entered an order granting the motion for summary judgment by Defendants County of Los Angeles, Deputy Rene Diaz and Deputy Jorge Ortiz ("Defendants"). (Dkt. 97). The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, **IT IS ORDERED AND ADJUDGED** that Plaintiff Lauren Dodson take nothing, that the action be dismissed on the merits~~, and that defendants recover their costs~~.

Dated: July 14, 2021

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE