JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAUREN DODSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; RENE DIAZ; JORGE ORTIZ; MARCOS ESCALANTE; DOES 1-10 INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. 2:20-CV-04011-RGK (PJWx)<br>*[Assigned to Judge R.Gary Klausner, Courtroom 850]*<br><br>[PROPOSED] ORDER   [134] |

Having considered the parties' stipulation for dismissal of this action and finding good cause, **IT IS HEREBY ORDERED** that:

1. This action is DISMISSED and without costs to any party; and

2. IT IS ALSO ORDERED that the Court retains jurisdiction over this action to enforce the terms of the parties' settlement agreement.

All dates pending on this Court's calendar are vacated. The Clerk shall close this case.

Dated: 5/4/2023

　　　　　　　　　　　　　　　　　　　　_/s/ Gary Klausner_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER